No. 70–57. UNITED STATES *v.* CALDWELL. C. A. 9th Cir. [Certiorari granted, 402 U. S. 942.] Motion of respondent for additional time for oral argument denied. Motions of Washington Post Co. et al., and New York Times et al. for leave to participate in oral argument as *amici curiae* denied.

No. 70–85. BRANZBURG *v.* HAYES ET AL., JUDGES. Ct. App. Ky.; and

No. 70–94. IN RE PAPPAS. Sup. Jud. Ct. Mass. Motion of the Solicitor General to participate in oral argument as *amicus curiae* in support of respondents in each case granted. The Solicitor General allotted 15 minutes for his argument and counsel for petitioner allotted 15 additional minutes to argue in each case. Motions of American Newspaper Guild, AFL–CIO, CLC, and American Newspaper Publishers Assn. for leave to file briefs in No. 70–85 as *amici curiae* granted. [Certiorari granted, 402 U. S. 942.]

No. 70–60. SUPERINTENDENT OF INSURANCE OF NEW YORK *v.* BANKERS LIFE & CASUALTY CO. ET AL. C. A. 2d Cir. [Certiorari granted, 401 U. S. 973.] Motion to substitute Ruth M. Garvin as Executrix of Estate of George K. Garvin in place of George K. Garvin, deceased, granted.

No. 70–73. MILLER *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct., County of Orange. [Probable jurisdiction noted, 401 U. S. 992.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 70–77. NORTH CAROLINA *v.* RICE. C. A. 4th Cir. [Certiorari granted, 401 U. S. 1008.] Motion of Prison Research Council for leave to file a brief as *amicus curiae* granted.